1  VARAND VARTANIAN, Bar No. 265912
   vvartanian@deconsel.com
2  JODI SIEGNER, Bar No. 102884
   jsiegner@deconsel.com
3  DeCARLO & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone: 213/488-4100
   Telecopier: 213/488-4180
6
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
7  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12

13 CARPENTERS SOUTHWEST              ) CASE NO. CV 13-05526 SVW(FFMx)
   ADMINISTRATIVE CORPORATION,       )
14 a California non-profit corporation; and )
   BOARD OF TRUSTEES FOR THE         )
15 CARPENTERS SOUTHWEST              ) [PROPOSED] JUDGMENT
   TRUSTS,                           )
16                                   )
                 Plaintiffs,         )
17                                   )
   v.                                )
18                                   ) Before the Honorable
   METALMEN, INC., a Nevada          ) Stephen V. Wilson
19 corporation, also known as        )
   METALMEN, INC.; TRADE SHOW        )
20 FABRICATIONS, INC., a New York    )
   corporation; TRADE SHOW           ) DATE: December 16, 2013
21 FABRICATIONS WEST INC., a         ) TIME: 1:30 p.m.
   Nevada corporation; TRADE SHOW    ) CTRM: 6
22 SPECIALISTS CORP., a Nevada       )
   corporation; and DOES 1 through 10, )
23 inclusive,                        )
                                     )
24               Defendant.          )

25 ─────────────────────────────────
              matter was considered
26      This ~~case came for hearing~~ on December 16, 2013 before the Honorable

27 Stephen V. Wilson, United States District Court Judge.

28 ////

1  It appearing that defendants, METALMEN, INC., a Nevada corporation,
2  also known as METALMEN, INC., TRADE SHOW FABRICATIONS, INC., a
3  New York corporation; TRADE SHOW FABRICATIONS WEST INC., a Nevada
4  corporation; TRADE SHOW SPECIALISTS CORP., a Nevada corporation,
5  having been regularly served with process, having failed to plead or otherwise
6  defend this action and its default having been entered; on application of the
7  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
8  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to
9  the Court and after having considered the papers and arguments submitted in
10 support thereof, and good cause appearing therefore,

11 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
12 CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
13 BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
14 have judgment as follows:

15 <u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE</u>
16 <u>CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS</u>
17 <u>SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST METALMEN,</u>
18 <u>INC., a Nevada corporation, also known as METALMEN, INC. and AS TO THE</u>
19 <u>SECOND CLAIM FOR RELIEF AGAINST TRADE SHOW FABRICATIONS,</u>
20 <u>INC., a New York corporation; TRADE SHOW FABRICATIONS WEST INC., a</u>
21 <u>Nevada corporation; TRADE SHOW SPECIALISTS CORP., a Nevada</u>
22 <u>corporation:</u>

| # | Description | Amount |
|---|---|---|
| 1. | Unpaid contributions | $51,708.78 |
| 2 | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 12,373.28 |
| 3. | Audit Fees | 2,400.00 |
| 4. | Interest from due date to December 16, 2013 (accruing at $9.92 per day) | 6,368.64 |

| | | |
|---|---|---:|
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 18,741.92 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 4,259.28 |
| **GRAND TOTAL** | | **$95,851.90** |

7. Plus costs to be determined after entry of judgment.

8. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 0.14 % per annum.

DATED: 12/16/13

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO & SHANLEY
A Professional Corporation

By: _____
VARAND VARTANIAN
Attorney for Plaintiffs